SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>The Sleep Train, Inc., et al,<br><br><br><br>　　　　Defendants | Case No.: CIV.S 09-cv-01764-JAM-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF HAN CHUN HWA AND ORDER**<br><br><br>Complaint Filed:  JUNE 26, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

　　　**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Han Chun Hwa) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.  Defendant (Han Chun Hwa) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: July 31, 2009　　　　　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　　　CIV: S-09-01764-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED**.

2

3 Dated: July 31, 2009               /s/ John A. Mendez
                                                     U.S. DISTRICT COURT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                              CIV: S-09-01764-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com