SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>The Sleep Train, Inc. et al<br><br>        Defendants | Case No. **2:09-cv-01764-JAM-JFM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 5, 2009 FOR DEFENDANT THE SLEEP TRAIN, INC. TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, The Sleep Train, Inc., by and through their respective attorneys of record, Scott N. Johnson; Paul L. Grimm, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant The Sleep Train, Inc. until September 3, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant The Sleep Train, Inc. is granted an extension until October 5, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant The Sleep Train, Inc.'s response will be due no later than October 5, 2009.

IT IS SO STIPULATED effective as of September 9, 2009

Dated: September 9, 2009        /s/Paul L. Grimm_____  ___

                                Paul L. Grimm,

                                Attorney for Defendant

                                The Sleep Train, Inc.

Dated: September 9, 2009        /s/Scott N. Johnson _____

                                Scott N. Johnson,

                                Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

1     **IT IS SO ORDERED:** that Defendant The Sleep Train, Inc.
2 shall have until October 5, 2009 to respond to complaint.
3
4 Dated: September 10, 2009
5                                       /s/ John A. Mendez_____
6                                       United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com