1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  SCOTT N. JOHNSON              ) Case No.**2:09-cv-01764-JAM-JFM**
                                  )
14          Plaintiff,            ) **PLAINTIFF'S REQUEST AND ORDER**
                                  ) **RE REQUEST FOR CONTINUANCE OF**
                                  ) **DATE TO FILE JOINT STATUS**
15      vs.                       ) **CONFERENCE STATEMENT**
                                  )
16  The Sleep Train, Inc., et al, )
                                  )
17          Defendants            ) Joint Status Conference
                                  ) Statement: September 17, 2009
18  _____)

19

20      Plaintiff, Scott N. Johnson, hereby requests an

21  extension of time in which to continue the date to file a

22  joint status conference statement from September 17, 2009

23  to October 12, 2009.  Pursuant to Local Rule 16, Defendants

24  are to be served within 120 days of filing the complaint.

25  This complaint was filed on June 26, 2009; the 120 day time

26  period for service would end on October 26, 2009.

27  Defendant The Sleep Train, Inc. was served on July 15,

28  PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF DATE TO FILE

    JOINT STATUS CONFERENCE STATEMENT

    CIV: S-09-cv-01764-JAM-JFM - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  2009, Defendant Sac City Lodging Partners, Inc. was served

2  on July 17, 2009.   Pursuant to Local Rule 16, the Parties

3  are to confer as required by Fed. R. Civ. P. 26(f) and

4  submit a joint status conference statement within 60 days

5  after all Defendants are served.   The joint status

6  conference statement would be due September 17, 2009.

7  Plaintiff filed a Stipulation and Proposed Order on

8  September 10, 2009 granting Defendants an extension of time

9  to respond to the complaint until October 5, 2009.   A

10  continuance of the date for filing a joint status

11  conference statement from September 17, 2009 to October 12,

12  2009 would give the Defendants time to file a response to

13  Plaintiff's complaint.

14

15

16  Dated:  September 11, 2009          /s/Scott N. Johnson _____

17                                     Scott N. Johnson,

18                                     Attorney for Plaintiff

19

20

21

22

23

24

25

26                          **ORDER**

27

28  PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF DATE TO FILE

JOINT STATUS CONFERENCE STATEMENT

CIV: S-09-cv-01764-JAM-JFM - 2

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED THAT the parties shall have the filing

2    date of the joint status conference statement continued to

3    October 12, 2009.

4    Date: September 11, 2009

5                                    /s/ John A. Mendez_____

6                                    United   States   District   Court
                                     Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF DATE TO FILE

                       JOINT STATUS CONFERENCE STATEMENT

                        CIV: S-09-cv-01764-JAM-JFM - 3

PDF created with pdfFactory trial version www.pdffactory.com